COLUMBUS BAR ASSOCIATION *v.* HERROLD.

[Cite as *Columbus Bar Assn. v. Herrold* (1991), 61 Ohio St.3d 542.]

(No. 91–458—Submitted June 5, 1991—Decided August 28, 1991.)

*Bruce A. Campbell* and *Mary Jo Cusack,* for relator.

*Charles W. Kettlewell* and *Mark H. Aultman,* for respondent.

---

*Per Curiam.* We agree with the board's findings and its recommendation. Accordingly, we order that respondent be indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WILSON and RESNICK, JJ., concur.

WRIGHT, J., dissents.

RICHARD K. WILSON, J., of the Second Appellate District, sitting for H. BROWN, J.

WRIGHT, J., dissenting. I would order only a two-year suspension of respondent.